UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE MAYARD,<br><br>                    Movant,<br><br>         -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 22-CV-2553 (LAP)<br><br>16-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, United States District Judge:

   The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit,[1] hereby ORDERS that:

   The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

---

   [1] Movant Andre Mayard's amended Section 2255 motion was initially opened as a new civil action under docket number 25-CV-4194.  By Order dated May 22, 2025, the Court directed the Clerk of Court to (1) docket the Section 2255 motion filed in the action pending under 25-CV-4194 as an amended motion in the action pending under 22-CV-2553; (2) to reopen case number 22-CV-3553; and (3) to close the action pending under 25-CV-4194.

2

Within sixty days of the date of this Order, the Government shall respond to the motion.  Mr. Mayard may submit any reply no later than thirty days from the date on which he is served with the Government's response.

**SO ORDERED.**

Dated:  May 27, 2025
        New York, New York

_____
LORETTA A. PRESKA
United States District Judge